Broderick, V.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOSEPH DEPHILLIPS, on behalf of himself and all others similarly situated,

Plaintiff,

- against -

MATCH.COM, L.L.C.,

Defendant.

Case No. 17-CV-07428 (VSB)

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(A)(1)(A)(II)**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsel that Plaintiff JOSEPH DEPHILLIPS hereby voluntarily dismisses, with prejudice, his complaint against Defendant MATCH.COM, L.L.C. pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with the parties to bear responsibility for their respective fees and costs.

For the Defendant:

By: _____
John M. Magliery, Esq.
Davis Wright Tremaine LLP
1251 Avenue of the Americas, 21st Floor
New York, New York 10020
Tel: (212) 603-6444
Fax: (212) 379-5212
johnmagliery@dwt.com

Date: 03/16/2018

For the Plaintiff:

By: _____
C.K. Lee, Esq.
Lee Litigation Group, PLLC
30 East 39th Street, 2nd Floor
New York, New York 10016
Tel: (212) 465-1188
Fax: (212) 465-1181
cklee@leelitigation.com

Date: 03/15/2018

**SO ORDERED:**

**HON. VERNON S. BRODERICK** 3/20/2018
**UNITED STATES DISTRICT JUDGE**

4829-4097-1103v.1 0110753-000001